

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | Frank A. DeLuccia<br>*Senior Counsel*<br>Phone: (212) 356-5054<br>fdelucci@law.nyc.gov |
|---|---|---|

February 19, 2020

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Tedla Nicholas v. City of New York, et al.</u>, 18-CV-0028 (AKH)

Your Honor:

  I am the Senior Counsel in the Special Federal Litigation Division of the Office of the Corporation Counsel assigned to represent defendants in the above-referenced matter.

  Defendants write, with plaintiff's consent, to respectfully inform the Court that plaintiff accepted an offer of judgment issued by the City of New York pursuant to Rule 68 of the Federal Rules of Civil Procedure. The parties have also reached an agreement to settle the corresponding attorneys' fees, expenses and costs. The fully executed Offer of Judgment and Stipulation and Order of Settlement of Attorneys' Fees, Expenses, and Costs will be filed separately for the Court's execution.

  In light of the resolution of this matter, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances in this matter, including the conference currently scheduled for Friday, February 21, 2020 at 10:00 A.M.

  The parties thank Your Honor for your consideration herein.

              Respectfully Submitted,

              *Frank A. DeLuccia* /s/

              Frank A. DeLuccia
              Senior Counsel

FAD/m
cc: All Counsel (by ECF)