UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
TEDLA NICHOLSON,                                               :
                                                               :    **ORDER**
                Plaintiff,            :
                                                               :    18 Civ. 28 (AKH)
    v.                                                       :
                                                               :
CITY OF NEW YORK, et al,                                       :
                                                               :
                Defendants.           :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated, either party may apply by letter for restoration of the action within 10 days of this order. All pending court dates are cancelled. The Clerk is directed to close the case.

      SO ORDERED.

Dated:    March 5, 2021                          /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                            United States District Judge